**MICHAEL N.  FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney – SBN 212289
**SCOTT MARCUS**, Senior Assistant City Attorney –SBN 184980
**CORY M. BRENTE,** Senior Assistant City Attorney – SBN 115453
**LISA W. LEE,** Deputy City Attorney – SBN 186495
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7032
Fax No.:    (213) 978-8785
Email: lisa.lee@lacity.org

*Attorneys for Defendants,* **CITY OF LOS ANGELES, FILIBERTO GARCIA,** and **ALMA MARTINEZ**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MAYFIELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; OFFICER GARCIA (#40475); OFFICER MARTINEZ (#42076),<br><br>Defendants. | CASE NO.  CV20-07120-SB-AS<br>*Hon. Stanley Blumenfeld, Jr., Ctrm. 6C, 6th Fl.*<br>*Mag. Alka Sagar, Ctrm. 540, 5th Fl.-Roybal*<br><br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed: August 07, 2020<br>Trial Date: September 27, 2021 |

**TO THIS HONORABLE COURT:**

The parties hereby submit this Joint Notice of Settlement and hereby inform the Court that the parties have reached a settlement in the above-referenced case as to all claim and parties.  The parties are completing the necessary paperwork and will file a Stipulation and Dismissal upon presentation of the Settlement Draft to Plaintiff counsel. The parties ask that all dates be vacated forthwith and that the Court set a

Status Conference Re: Dismissal for a date 90 days out. The parties request that all future dates be vacated.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

Dated: July 12, 2021          **PLC LAW GROUP, APC**

By:_____/S/ *Na'Shaun L. Neal*_____
Peter L. Carr, IV, Esq.
Na'Shaun L. Neal, Esq.
Lauren K. McRae, Esq.
*Attorneys for Plaintiff* **JOHNNY MAYFIELD**

Dated: July 12, 2021          **MICHAEL N.  FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Deputy City Attorney
**SCOTT MARCUS**, Senior Assistant City Attorney
**CORY M. BRENTE,** Senior Assistant City Attorney
**LISA W. LEE,** Deputy City Attorney

By: _____/S/ *Lisa W. Lee*_____
**LISA W. LEE**, Deputy City Attorney
*Attorneys for Defendants,* **CITY OF LOS ANGELES, FILIBERTO GARCIA,** and **ALMA MARTINEZ**