UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-07120-SB-AS | Date: | 11/12/2021 |
|---|---|---|---|

Title: *Johnny Mayfield v. City of Los Angeles et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[IN CHAMBERS] SHOW CAUSE HEARING AND DISMISSAL OF CASE WITH PREJUDICE**

On July 12, 2021, the parties filed a Notice of Settlement. Dkt. No. 30. On July 15, 2021, the Court issued an Order continuing the remaining deadlines in the case in light of the settlement. Dkt. No. 32. The Order did not vacate or otherwise take off calendar any deadlines in this case. For nearly four months after the Court's order, neither party took any action in this case as required. The parties failed to file a dismissal or notify the Court of any delay in filing a dismissal; and they ignored their obligations to file the first and second sets of pretrial filings by the continued deadlines.

On November 7, 2021, the Court issued an Order to Show Cause (OSC) re: Sanctions and Failure to Prosecute. Dkt. No. 33. On November 9, 2021, the parties filed a joint stipulation to dismiss the case with prejudice. Dkt. No. 34.

The Court held a hearing on the OSC on November 12, 2021. Counsel for both parties apologized for failing to read the Court's July 15, 2021 Order and for making assumptions about the contents of that Order. The Court hereby

**discharges** the OSC, but imposes the following **sanction** as a violation of the Court's July 15, 2021 Order:  The Court admonishes counsel for both parties and their respective clients to comply with all rules and court orders in the future.  In the event that this Court issues an OSC in any future case involving counsel in this case or their clients, counsel are ordered to disclose this sanction.

The Court hereby grants the parties' stipulation to **dismiss** this case **with prejudice**.

**IT IS SO ORDERED**.